Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HORTENSE SALLY YBARRA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| HORTENSE SALLY YBARRA,<br><br>    Plaintiff,<br>  v.<br><br>GORDON & WONG LAW GROUP, P.C., a California corporation,<br><br>    Defendant. | Case No. 5:11-CV-05832-LHK-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |
|---|---|

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HORTENSE SALLY YBARRA, and Defendant, GORDON & WONG LAW GROUP, P.C., stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, HORTENSE SALLY YBARRA, against Defendant, GORDON & WONG LAW GROUP, P.C., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

oo0oo

1 | Dated: March 15, 2012 | /s/ Fred W. Schwinn
| | Fred W. Schwinn, Esq.
2 | | Attorney for Plaintiff
3 | | HORTENSE SALLY YBARRA

4
5 | Dated: March 15, 2012 | /s/ Tomio B. Narita
| | Tomio B. Narita, Esq.
| | Attorney for Defendant
6 | | GORDON & WONG LAW GROUP, P.C.
7

8 THE FOREGOING STIPULATION
9 IS APPROVED AND IS SO ORDERED.

10
Dated: March 16, 2012

The Honorable Lucy H. Koh
Judge of the District Court

- 2 -
STIPULATION OF DISMISSAL AND ORDER          Case No. 5:11-CV-05832-LHK-HRL