Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HORTENSE SALLY YBARRA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HORTENSE SALLY YBARRA,<br><br>                                    Plaintiff,<br><br>        v.<br><br>GORDON & WONG LAW GROUP, P.C., a<br>California corporation,<br><br>                                    Defendant. | Case No. 5:11-CV-05832-LHK-HRL<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HORTENSE SALLY YBARRA, and Defendant,

GORDON & WONG LAW GROUP, P.C., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by

Plaintiff, HORTENSE SALLY YBARRA, against Defendant, GORDON & WONG LAW GROUP,

P.C., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ.

P. 41(a)(1).

oo0oo

---

- 1 -

1

Dated:  March 15, 2012                 /s/ Fred W. Schwinn

2

Fred W. Schwinn, Esq.
Attorney for Plaintiff

3

HORTENSE SALLY YBARRA

4

Dated:  March 15, 2012                 /s/ Tomio B. Narita

5

Tomio B. Narita, Esq.

6

Attorney for Defendant
GORDON & WONG LAW GROUP, P.C.

7

8

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

9

10

Dated: March 16, 2012

11

The Honorable Lucy H. Koh
Judge of the District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND ORDER        Case No. 5:11-CV-05832-LHK-HRL